IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **JUAN D. MENDOZA PORTILLO,**<br><br>               **Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>               **Defendant.** | Civil Action No. **3:24-cv-00748** |

## NOTICE OF SETTLEMENT

Plaintiff JUAN D. MENDOZA PORTILLO ("Mr. Portillo"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. Portillo and EQUIFAX INFORMATION SERVICES, LLC. Mr. Portillo and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Portillo and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated:   March 19, 2025                       Respectfully submitted,

                                                                **JUAN D. MENDOZA PORTILLO,**

                                                                 /s/ *Leonard A. Bennett*
                                                                Leonard A. Bennett, VSB # 37523
                                                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                                                763 J. Clyde Morris Blvd., Suite 1A
                                                                Newport News, VA 23601
                                                                757-930-3660
                                                                Fax: 757-930-3662
                                                                Email: lenbennett@clalegal.com

                                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 19, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

    /s/ *Leonard A. Bennett*
    Leonard A. Bennett, VSB # 37523
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd., Suite 1A
    Newport News, VA 23601
    757-930-3660
    Fax: 757-930-3662
    Email: lenbennett@clalegal.com