IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JUAN D. MENDOZA PORTILLO,
    Plaintiff,

v.                                                          Civil No. 3:24cv748 (DJN)

EQUIFAX INFORMATION SERVICES, LLC,
    Defendant.

## ORDER
### (Granting Consent Motion to Dismiss with Prejudice)

This matter comes before the Court on Plaintiff Juan D. Mendoza Portillo's ("Plaintiff") Consent Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 15 ("Motion").) Plaintiff moves to dismiss this action with prejudice against Defendant Equifax Information Services, LLC, who consents to the requested relief. (*Id.* at 1.) The Court hereby GRANTS the Motion (ECF No. 15), DISMISSES this matter with prejudice[1] and DIRECTS the Clerk's Office to close the case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                                                                                 /s/
                                                            David J. Novak

Richmond, Virginia                                     United States District Judge
Dated: April 23, 2025

---

[1]     In accordance with the parties' request, this Court will retain jurisdiction for the purpose of enforcement of the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). (*Id.* at 1.)